UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ERICA MIKER,             ) | |

ERICA MILLER,    )
                          )
      Plaintiff,    )
                          )
vs.    )      **JUDGMENT**
                          )      **CASE NO. 4:23-CV-10-M-BM**
KILOLO KIJAKAZI,    )
Acting Commissioner of Social Security,    )
                          )
      Defendant.    )

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on July 11, 2023, the motion to remand is GRANTED [DE 20].

<u>This Judgment filed and entered on July 11, 2023, and copies to:</u>
Counsel of record for the parties (via CM/ECF electronic notification)

July 11, 2023                                            Peter A. Moore, Jr.
                                                        Clerk of Court

                                                  By: /s/ Kimberly R. McNally
                                                        Deputy Clerk