UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ERICA MILLER, | ) |
|           Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| | ) **CASE NO. 4:23-CV-10-M-BM** |
| KILOLO KIJAKAZI, Acting Commissioner of social Security, | ) |
|           Defendant. | ) |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered on September 11, 2023 [DE 27], Defendant is ORDERED to pay Plaintiff $6,300.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28U.S.C. § 2412.

This Judgment filed and entered on September 11, 2023, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

September 11, 2023           Peter A. Moore, Jr.
                                                 Clerk of Court

                                               By: /s/ Kimberly R. McNally
                                                      Deputy Clerk